**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00549-CR

### CONRADO CALDERAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1314256**

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of murder. Subsequently, the trial court granted appellant's motion for new trial. Appellant filed a motion to dismiss his appeal.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v. State*, 170 Tex. Crim. App. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161

(Tex. App. – Fort Worth 1996, no pet.). Because appellant has been granted a new trial, there is no final conviction to appeal.

Accordingly, we grant appellant's motion and dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — TEX. R. APP. P. 47.2(b).